IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA TREECE                                                                                           PLAINTIFF

V.                                       NO. 3:05CV00212 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 20th day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).